O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUSA G. CURVA, | Case No. CV 09-06086 DDP (Ex) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION FOR LACK OF JURISDICTION** |
| THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES ("CIS"); F. GERARD HEINAUER, | |
| Defendants. | |

As instructed by the Ninth Circuit in its Memorandum of June 26, 2012, the court hereby dismisses the action for lack of jurisdiction.

IT IS SO ORDERED.

Dated: November 16, 2012

DEAN D. PREGERSON
United States District Judge