O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESUSA G. CURVA,                     )   Case No. CV 09-06086 DDP (Ex)
                                     )
                  Plaintiff,         )
                                     )   **ORDER DISMISSING ACTION FOR LACK**
         v.                          )   **OF JURISDICTION**
                                     )
THE UNITED STATES                    )
CITIZENSHIP & IMMIGRATION            )
SERVICES ("CIS"); F. GERARD          )
HEINAUER,                            )
                                     )
                  Defendants.        )
_____     )

         As instructed by the Ninth Circuit in its Memorandum of June
26, 2012, the court hereby dismisses the action for lack of
jurisdiction.


IT IS SO ORDERED.


Dated: November 16, 2012

                                    DEAN D. PREGERSON
                                    United States District Judge